**No. 10-10226. Calvin Williams, Petitioner v. Illinois.**

563 U.S. 1039, 131 S. Ct. 2974, 180 L. Ed. 2d 257, 2011 U.S. LEXIS 4266,

June 6, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District denied.

Same case below, 399 Ill. App. 3d 1224, 371 Ill. Dec. 744, 990 N.E.2d 932.

**No. 10-10243. Keith Brewington, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

563 U.S. 1039, 131 S. Ct. 2983, 180 L. Ed. 2d 257, 2011 U.S. LEXIS 4366,

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10276. Juan Carlos Ocon-Parada, aka Juan Carlos Ocan-Parada, Petitioner v. S. K. Young, Warden.**

563 U.S. 1039, 131 S. Ct. 2975, 180 L. Ed. 2d 257, 2011 U.S. LEXIS 4239.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 399 Fed. Appx. 788.

**No. 10-10280. Artur Swierzbinski, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1039, 131 S. Ct. 2975, 180 L. Ed. 2d 257, 2011 U.S. LEXIS 4367.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 408 Fed. Appx. 188.

**No. 10-10296. Lawrence John Sheehan, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2975, 180 L. Ed. 2d 257, 2011 U.S. LEXIS 4247.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 19.

**No. 10-10300. Nathan Hughes, Petitioner v. United States.**

563 U.S. 1039, 131 S. Ct. 2975, 180 L. Ed. 2d 257, 2011 U.S. LEXIS 4292.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 632 F.3d 956.